621

month, wherefore if plaintiff's petition is sufficient as on quantum meruit, the recovery under the same would be limited to the sum of $60.00.

"2. As the judgment provides that all other relief prayed for by either party is denied, plaintiff is denied recovery on the contract sued on as per its terms; and unless the judgment be construed as a judgment on quantum meruit for the three months therein specified, there is no basis for the judgment rendered against defendants under the allegations in plaintiff's petition; as plaintiff's suit is for a certain amount on express contract to-wit, $875.00 balance thereon; and plaintiff's allegations on quantum meruit show an actual rental value of the property leased to be $20.00 per month.

"3. There is no basis in plaintiff's petition for any recovery whatsoever against defendant Lam on quantum meruit, nor any prayer for such recovery."

We have considered each proposition and have concluded that they show no reversible error, should be overruled, and it is so ordered.

The case is affirmed.

W. H. Lipscomb, of San Angelo, and Herman Glosserman, of San Antonio, for appellant.

J. K. Baker, of Coleman, and Oscar Calloway, of Comanche, for appellees.

NORVELL, Justice.

This is an appeal from an order sustaining the plea of privilege filed by C. F. (John) Alexander and Ethyl Alexander. Ella G. Alexander, the appellant, has filed no brief in this Court.

Appellees have moved for an affirmance of the order appealed from, and, in the alternative, requested that the appeal be dismissed.

As the record discloses no fundamental error and this is an appeal from an interlocutory order, we are of the opinion that this cause should be affirmed in accordance with the primary prayer of appellees' motion. McGraw v. Albracht, Tex.Civ.App., 16 S.W.2d 1112.

Appellees' motion is granted and the order appealed from is affirmed.

**ALEXANDER v. ALEXANDER et al.**

No. 10855.

Court of Civil Appeals of Texas. San Antonio.

May 21, 1941.

**YOUNGER BROS., Inc., v. ROSS et al.**

No. 11189.

Court of Civil Appeals of Texas. Galveston.

May 1, 1941.

Rehearing Denied May 29, 1941.

Further Rehearing Denied July 10, 1941.